**Fill in this information to identify your case and this filing:**

| Debtor 1 | **Deborah** | **Ann** | **Castillo** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Southern** District of **Texas**

Case number   **24-34088**

☐ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In |
|---|---|

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☑ No. Go to Part 2.
   ☐ Yes. Where is the property?

   1.1 _____
   Street address, if available, or other description

   _____

   _____

   City        State    ZIP Code

   _____
   County

   **What is the property?** Check all that apply.
   ☐ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other _____

   **Who has an interest in the property?** Check one.
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   Other information you wish to add about this item, such as local property identification number: _____

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   **Current value of the entire property?**
   _____

   **Current value of the portion you own?**
   _____

   **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
   _____

   ☐ **Check if this is community property** (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here** ..................→ 

   **$0.00**

| Part 2: | Describe Your Vehicles |
|---|---|

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☑ No
   ☐ Yes

Debtor    **Castillo, Deborah Ann**                                    Case number *(if known)* __24-34088__

---

3.1   Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**

**Current value of the portion you own?**

---

4.   **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

4.1   Make: _____

Model: _____

Year: _____

Other information:

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**

**Current value of the portion you own?**

---

5.   **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ..............................................    →    **$0.00**

---

| Part 3: | Describe Your Personal and Household Items |
|---|---|

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6.   **Household goods and furnishings**

*Examples:*  Major appliances, furniture, linens, china, kitchenware

☐ No
☑ Yes. Describe. .........

King-sized Bed ($1,500), (2) Nightstands ($200), Dresser ($150), Dining Table and Chairs ($150), (2) Couches ($1,000), (2) End Tables ($150), Coffee Table ($100), Entertainment Center ($250), Patio Set ($120), Small Appliances ($50), Misc. Household Goods, Furnishings, and Personal Items ($100)

$1,885.00

7.   **Electronics**

*Examples:*  Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☑ Yes. Describe. .........

(2) TVs ($450), Laptop ($100), (1) Cell Phone ($150), Samsung Watch ($50), Alexa device ($40), and Misc. Electronics

$395.00

---

Debtor    **Castillo, Deborah Ann**                                    Case number *(if known)* **24-34088**

---

8.  **Collectibles of value**

    *Examples:*  Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

    ☐ No
    ☑ Yes. Describe. .........

    | Misc. books, pictures, art objects, household decor, and collectibles | $50.00 |

9.  **Equipment for sports and hobbies**

    *Examples:*  Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

    ☑ No
    ☐ Yes. Describe. .........

10. **Firearms**

    *Examples:*  Pistols, rifles, shotguns, ammunition, and related equipment

    ☑ No
    ☐ Yes. Describe. .........

11. **Clothes**

    *Examples:*  Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ☑ Yes. Describe. .........

    | Clothing and Wearing Apparel | $300.00 |

12. **Jewelry**

    *Examples:*  Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☐ No
    ☑ Yes. Describe. .........

    | (2) Wedding Ring Sets ($2,000), Gold Jewelry ($1,000), Misc. Jewelry ($250) | $1,625.00 |

13. **Non-farm animals**

    *Examples:*  Dogs, cats, birds, horses

    ☑ No
    ☐ Yes. Describe. .........

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☐ No
    ☑ Yes. Give specific information. .............

    | 1/2 Interest in Contents of Non-Filing Spouse's Storage Unit: Queen Bed with Headboard ($250), Nightstand ($50), Misc. Household Goods, Pictures, Furnishings, and Personal Items ($500), Carpentry Tools $250, Power Tools $750--most items were stored after debtors home in Houston was destroyed during Hurricane Harvey | $875.00 |

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ...................................................................   ➔   | $5,130.00 |

---

Debtor  **Castillo, Deborah Ann**  Case number *(if known)* **24-34088**

| Part 4: | Describe Your Financial Assets |
|---|---|

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

---

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☑ No

☐ Yes ............................................................................................................................. Cash: ...................  _____

---

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

☑ Yes .....................  Institution name:

| | | |
|---|---|---|
| 17.1. Checking account: | **First Convenience Bank** **Account Number: XXXXXXXX8336** | $1,180.33 |
| 17.2. Checking account: | **First Convenience Bank** **Account Number: XXXXXXXXX2377** | $12.51 |
| 17.3. Checking account: | **First Convenience Bank** **Account Number: XXXXXXXX5018** | $13.84 |

---

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No

☐ Yes .....................  Institution or issuer name:

_____    _____

_____    _____

_____    _____

---

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No

☐ Yes. Give specific information about them....................  Name of entity:  % of ownership:

_____    _____    _____

_____    _____    _____

_____    _____    _____

Debtor   **Castillo, Deborah Ann**                                              Case number *(if known)* **24-34088**

---

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ☑ No

    ☐ Yes. Give specific
       information about
       them....................   Issuer name:

21. **Retirement or pension accounts**

    *Examples:*  Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ☑ No

    ☐ Yes. List each
       account separately.   Type of account:      Institution name:

       401(k) or similar plan:

       Pension plan:

       IRA:

       Retirement account:

       Keogh:

       Additional account:

       Additional account:

22. **Security deposits and prepayments**

    Your share of all unused deposits you have made so that you may continue service or use from a company

    *Examples:*  Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or
    others

    ☐ No

    ☑ Yes .....................      Institution name or individual:

       Security deposit on rental unit:   **Security Deposit**                                          $250.00

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

    ☑ No

    ☐ Yes .....................   Issuer name and description:

---

Debtor   **Castillo, Deborah Ann**                                    Case number *(if known)*   **24-34088**

---

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

☐ Yes .....................   Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No

☐ Yes. Give specific information about them. ...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

*Examples:*  Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No

☐ Yes. Give specific information about them. ...

27. **Licenses, franchises, and other general intangibles**

*Examples:*  Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No

☐ Yes. Give specific information about them. ...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

☐ No

☑ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ...................

   Tax Refund for the Tax Year 2023 should be subject to offset by the U.S. Department of Treasury/SBA

   Federal:   **$500.00**

   State:

   Local:

29. **Family support**

*Examples:*  Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

---

Debtor  **Castillo, Deborah Ann**                                    Case number *(if known)* __24-34088__

☑ No

☐ Yes. Give specific information. ........

| | |
|---|---|
| Alimony: | _____ |
| Maintenance: | _____ |
| Support: | _____ |
| Divorce settlement: | _____ |
| Property settlement: | _____ |

30. **Other amounts someone owes you**

*Examples:*  Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No

☐ Yes. Give specific information. ........                                    _____

31. **Interests in insurance policies**

*Examples:*  Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No

☐ Yes. Name the insurance company
  of each policy and list its value. ...   Company name:              Beneficiary:              Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No

☐ Yes. Give specific information. ........                                    _____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:*  Accidents, employment disputes, insurance claims, or rights to sue

☑ No

☐ Yes. Describe each claim. ...............                                    _____

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No

☐ Yes. Describe each claim. ...............                                    _____

35. **Any financial assets you did not already list**

☑ No

☐ Yes. Give specific information. ........                                    _____

Official Form 106A/B                          **Schedule A/B: Property**                          page **7**

Debtor   **Castillo, Deborah Ann**                                    Case number *(if known)* **24-34088**

---

36.   **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached**
      **for Part 4. Write that number here** ...............................................................................................   ➡   | **$1,956.68** |

---

| **Part 5:** | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |

37.   **Do you own or have any legal or equitable interest in any business-related property?**

   ☑ No. Go to Part 6.
   ☐ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38.   **Accounts receivable or commissions you already earned**

   ☑ No
   ☐ Yes. Describe. .........   [                                    ]   _____

39.   **Office equipment, furnishings, and supplies**

   *Examples:*   Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

   ☑ No
   ☐ Yes. Describe. .........   [                                    ]   _____

40.   **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

   ☑ No
   ☐ Yes. Describe. .........   [                                    ]   _____

41.   **Inventory**

   ☑ No
   ☐ Yes. Describe. .........   [                                    ]   _____

42.   **Interests in partnerships or joint ventures**

   ☑ No
   ☐ Yes. Describe .......

   Name of entity:                              % of ownership:

   _____   _____   _____
   _____   _____   _____

Debtor  **Castillo, Deborah Ann**                          Case number *(if known)* **24-34088**

---

43. **Customer lists, mailing lists, or other compilations**

    ☑ No

    ☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**

        ☐ No

        ☐ Yes. Describe. .........

44. **Any business-related property you did not already list**

    ☑ No

    ☐ Yes. Give specific
       information .........

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached
    for Part 5. Write that number here** ......................................................................................................... ➔        | $0.00 |

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---------|--------------------------------------------------------------------------------------------|
|         | **If you own or have an interest in farmland, list it in Part 1.**                       |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

    ☑ No. Go to Part 7.

    ☐ Yes. Go to line 47.

                                                                              **Current value of the
                                                                              portion you own?**
                                                                              Do not deduct secured
                                                                              claims or exemptions.

47. **Farm animals**

    *Examples:* Livestock, poultry, farm-raised fish

    ☑ No

    ☐ Yes ..........................

48. **Crops—either growing or harvested**

    ☑ No

    ☐ Yes. Give specific
       information. ............

---

Debtor   **Castillo, Deborah Ann**                                     Case number *(if known)* **24-34088**

---

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No

☐ Yes ......................... [                                    ]                    _____

50. **Farm and fishing supplies, chemicals, and feed**

☑ No

☐ Yes ......................... [                                    ]                    _____

51. **Any farm- and commercial fishing-related property you did not already list**

☑ No

☐ Yes. Give specific
information. ............ [                                    ]                    _____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached
    for Part 6. Write that number here** ...................................................................................... ➡️  | **$0.00** |

---

| **Part 7:** | Describe All Property You Own or Have an Interest in That You Did Not List Above |

53. **Do you have other property of any kind you did not already list?**

   *Examples:* Season tickets, country club membership

   ☐ No

   ☑ Yes. Give specific
   information. ............  [ 16 yo Dog (sentimental value--"priceless") ]              **unknown**

   _____

   _____

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ..................................... ➡️  | **$0.00** |

---

| **Part 8:** | List the Totals of Each Part of this Form |

55. **Part 1: Total real estate, line 2** ................................................................................................ ➡️  | **$0.00** |

56. **Part 2: Total vehicles, line 5**                                    **$0.00**

57. **Part 3: Total personal and household items, line 15**              **$5,130.00**

58. **Part 4: Total financial assets, line 36**                          **$1,956.68**

59. **Part 5: Total business-related property, line 45**                 **$0.00**

60. **Part 6: Total farm- and fishing-related property, line 52**        **$0.00**

61. **Part 7: Total other property not listed, line 54**          +      **$0.00**

62. **Total personal property. Add lines 56 through 61.** ...............  | **$7,086.68** |   Copy personal property total ➡️   +  | **$7,086.68** |

---

Debtor   **Castillo, Deborah Ann**                                   Case number *(if known)* **24-34088**

| | | |
|---|---|---|
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62. ........................................................................................... | **$7,086.68** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Deborah** | **Ann** | **Castillo** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____**Southern**_____ District of _____**Texas**_____

Case number **24-34088**
(if known)

☐ Check if this is an
amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

3. **Are you claiming a homestead exemption of more than $189,050?**

   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☐ No
       ☐ Yes

| Debtor 1 | **Deborah** | **Ann** | **Castillo** | | Case number *(if known)* **24-34088** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **King-sized Bed ($1,500), (2) Nightstands ($200), Dresser ($150), Dining Table and Chairs ($150), (2) Couches ($1,000), (2) End Tables ($150), Coffee Table ($100), Entertainment Center ($250), Patio Set ($120), Small Appliances ($50), Misc. Household Goods, Furnishings, and Personal Items ($100)**<br><br>Line from *Schedule A/B:* __6__ | $1,885.00 | ☑ $700.00<br>☐ 100% of fair market value, up to any applicable statutory limit<br><br>☑ $1,185.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3)<br><br>11 U.S.C. § 522(d)(5) |
| Brief description: **(2) TVs ($450), Laptop ($100), (1) Cell Phone ($150), Samsung Watch ($50), Alexa device ($40), and Misc. Electronics**<br><br>Line from *Schedule A/B:* __7__ | $395.00 | ☑ $395.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **Misc. books, pictures, art objects, household decor, and collectibles**<br><br>Line from *Schedule A/B:* __8__ | $50.00 | ☑ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit<br><br>☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3)<br><br>11 U.S.C. § 522(d)(5) |
| Brief description: **Clothing and Wearing Apparel**<br><br>Line from *Schedule A/B:* __11__ | $300.00 | ☑ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |

Debtor 1    **Deborah**          **Ann**              **Castillo**                        Case number *(if known)*  **24-34088**
_____
First Name          Middle Name          Last Name

| Part 2: | Additional Page |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **(2) Wedding Ring Sets ($2,000), Gold Jewelry ($1,000), Misc. Jewelry ($250)**<br><br>Line from *Schedule A/B:* __12__ | $1,625.00 | ☑ $1,625.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(4) |
| Brief description: **1/2 Interest in Contents of Non-Filing Spouse's Storage Unit: Queen Bed with Headboard ($250), Nightstand ($50), Misc. Household Goods, Pictures, Furnishings, and Personal Items ($500), Carpentry Tools $250, Power Tools $750--most items were stored after debtors home in Houston was destroyed during Hurricane Harvey**<br><br>Line from *Schedule A/B:* __14__ | $875.00 | ☑ $700.00<br>☐ 100% of fair market value, up to any applicable statutory limit<br><br>☑ $175.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3)<br><br><br>11 U.S.C. § 522(d)(5) |
| Brief description: **First Convenience Bank**<br>**Checking account**<br>Acct. No.:<br>XXXXXXXX2377<br><br>Line from *Schedule A/B:* __17__ | $12.51 | ☑ $12.51<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: **First Convenience Bank**<br>**Checking account**<br>Acct. No.:<br>XXXXXXXX5018<br><br>Line from *Schedule A/B:* __17__ | $13.84 | ☑ $13.84<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |

| Debtor 1 | **Deborah** | **Ann** | **Castillo** | Case number *(if known)* | **24-34088** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| Brief description: **First Convenience Bank**<br>**Checking account**<br>**Acct. No.:**<br>XXXXXXXX8336 | $1,180.33 | ☑ | $1,180.33 | 11 U.S.C. § 522(d)(5) |
| Line from *Schedule A/B*: 17 | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| Brief description: **Security Deposit**<br>**Security deposit on**<br>rental unit | $250.00 | ☑ | $250.00 | 11 U.S.C. § 522(d)(5) |
| Line from *Schedule A/B*: 22 | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| Brief description: **Tax Refund for the Tax Year 2023 should be subject to offset by the U.S. Department of Treasury/SBA**<br>Federal tax | $500.00 | ☑ | $500.00 | 11 U.S.C. § 522(d)(5) |
| Line from *Schedule A/B*: 28 | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Deborah** | **Ann** | **Castillo** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____ **Southern** _____ District of _____ **Texas** _____

Case number (if known) **24-34088** _____

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property                12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

1. **Do any creditors have claims secured by your property?**

    ☑ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

    ☐ Yes. Fill in all of the information below.

Fill in this information to identify your case:

| Debtor 1 | **Deborah** | **Ann** | **Castillo** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____ **Southern** _____ District of _____ **Texas** _____

Case number  **24-34088**
(if known)

☐ Check if this is an
amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

## Part 1:   List All of Your PRIORITY Unsecured Claims

**1.**   **Do any creditors have priority unsecured claims against you?**
☐ No. Go to Part 2.
☑ Yes.

**2.**   **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1**   **SBA/U.S. Department of the Treasury**

Priority Creditor's Name

**Attn: Bankruptcy**

**3201 Pennsy Dr , Bldg E**
Number        Street

**Landover, MD 20785**
City            State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **0   7   0   2**

When was the debt incurred?        **8/2/2023**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Total claim** $33,156.00    **Priority amount** $33,156.00    **Nonpriority amount** $0.00

**Remarks:**  SBA Loan (Disaster Relief from 2017 Hurricane Harvey)

Debtor 1    **Deborah         Ann          Castillo**                     Case number *(if known)* **24-34088**
_____
First Name    Middle Name    Last Name

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | **Total claim** |
|---|---|---|

**4.1   Acceptance Now** _____

Nonpriority Creditor's Name

**Attn: Bankruptcy** _____

**5501 Headquarters Dr** _____
Number         Street

**Plano, TX 75024** _____
City            State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** For Notice Purposes

Last 4 digits of account number    ___ ___ ___ ___            **$0.00**

**When was the debt incurred?**          **2016**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**4.2   Caine & Weiner** _____

Nonpriority Creditor's Name

**Attn: Bankruptcy** _____

**5805 Sepulveda Blvd 4th Floor** _____
Number         Street

**Van Nuys, CA 91411** _____
City            State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **5   6   2   1**            **$84.00**

**When was the debt incurred?**          **9/1/2019**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **CollectionAttorney** _____

Debtor 1   **Deborah** **Ann** **Castillo**            Case number *(if known)* **24-34088**
　　　　　First Name　　Middle Name　　Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

**4.3** | **Comcast/Credit Management LP** | | $558.00
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**6080 Tennyson Pkwy Ste 100**
Number　　　　Street

**Plano, TX 75024**
City　　　　State　　　　ZIP Code

**Who incurred the debt? Check one.**
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?　　**08/2023**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify　**Collecting for Comcast Cable**

**4.4** | **Credit Collection Services** | | $105.00
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**725 Canton St**
Number　　　　Street

**Norwood, MA 02062**
City　　　　State　　　　ZIP Code

**Who incurred the debt? Check one.**
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  **4   4   9   0**

When was the debt incurred?　　**8/15/2020**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify　**UnknownLoanType**

Official Form 106E/F　　　　**Schedule E/F: Creditors Who Have Unsecured Claims**　　　　page **3** of **12**

Debtor 1  **Deborah**          **Ann**              **Castillo**                        Case number *(if known)*  **24-34088**
    First Name      Middle Name        Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.        **Total claim**

---

**4.5**   **Grupo Estrella LLC**        Last 4 digits of account number    **0**   **4**   **9**   **5**      **$330.00**

Nonpriority Creditor's Name

**2500 Wilcrest Dr Fl 3**        When was the debt incurred?     **3/1/2022**

Number      Street

**Houston, TX 77042-2752**        As of the date you file, the claim is: Check all that apply.

City      State      ZIP Code

☐ Contingent

**Who incurred the debt?** Check one.      ☐ Unliquidated

☐ Debtor 1 only                 ☑ Disputed
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only      **Type of NONPRIORITY unsecured claim:**
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**      ☐ Student loans

     ☐ Obligations arising out of a separation agreement or divorce that you did not report as
**Is the claim subject to offset?**        priority claims

☑ No      ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes      ☑ Other. Specify   **Unsecured**

---

**4.6**   **Houston Federal Credit Union**        Last 4 digits of account number    **0**   **0**   **8**   **2**      **$379.00**

Nonpriority Creditor's Name

**Attn: Bankruptcy**        When was the debt incurred?     **3/1/2018**

**16320 Kensington Dr**

Number      Street        As of the date you file, the claim is: Check all that apply.

**Sugar Land, TX 77479-4097**

City      State      ZIP Code      ☐ Contingent
     ☐ Unliquidated
**Who incurred the debt?** Check one.      ☑ Disputed

☐ Debtor 1 only
☐ Debtor 2 only      **Type of NONPRIORITY unsecured claim:**
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another      ☐ Student loans
☑ **Check if this claim is for a community debt**      ☐ Obligations arising out of a separation agreement or divorce that you did not report as
     priority claims
**Is the claim subject to offset?**      ☐ Debts to pension or profit-sharing plans, and other similar debts

☑ No      ☑ Other. Specify   **CreditCard**
☐ Yes

**Remarks:** Jorge Castillo's Debt

---

| Debtor 1 | **Deborah** | **Ann** | **Castillo** | Case number *(if known)* | **24-34088** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.7**  **Lvnv Funding/Resurgent Capital**

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 10497**

Number          Street

**Greenville, SC 29603**

City                State                ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** Jorge Castillo's Debt

Last 4 digits of account number    **5   7   4   0**          $1,464.00

When was the debt incurred?          **1/1/2023**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Orig. Creditor: Credit One Bank**

---

**4.8**  **National Credit Systems, Inc.**

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**P.O. Box 672288**

Number          Street

**Atlanta, GA 30006**

City                State                ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **7   7   9   9**          $665.00

When was the debt incurred?          **9/1/2022**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **CollectionAttorney**

---

Debtor 1 **Deborah** **Ann** **Castillo**  Case number *(if known)* **24-34088**
First Name Middle Name Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

---

**4.9** **NCB Management Services**

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**1 Allied Drive**

Number          Street

**Trevose, PA 19053**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number  **1   0   0   0**          $7,145.00

When was the debt incurred?          **3/1/2022**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **FactoringCompanyAccount**

---

**4.10** **Okinus, Inc.**

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**147 W Railroad St S**

Number          Street

**Pelham, GA 31779-1631**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___          $0.00

When was the debt incurred?          _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   _____

**Remarks:** For Notice Purposes

| Debtor 1 | **Deborah** | **Ann** | **Castillo** | Case number *(if known)* **24-34088** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.11** | **OppLoans**

Nonpriority Creditor's Name

**Attn: Bankruptcy One Prudential Plaza**

**130 E Randolph St Ste 3400**

Number            Street

**Chicago, IL 60601-6379**

City            State            ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** Jorge Castillo's Loan

Last 4 digits of account number    **2    8    7    5**    $1,713.00

When was the debt incurred?    **11/1/2023**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Unsecured**

---

**4.12** | **OppLoans**

Nonpriority Creditor's Name

**Attn: Bankruptcy One Prudential Plaza**

**130 E Randolph St Ste 3400**

Number            Street

**Chicago, IL 60601-6379**

City            State            ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** Deborah Castillo's Loan

Last 4 digits of account number    **0    2    2    1**    $1,339.00

When was the debt incurred?    **9/1/2023**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Unsecured**

---

Debtor 1    **Deborah**          **Ann**          **Castillo**                    Case number *(if known)*  __24-34088__
            First Name          Middle Name      Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

**4.13**  **Premier Finance Card Program**

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**P.O. Box 9208**

Number          Street

**Old Bethpage, NY 11804-9208**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** Jorge Castillo's Debt

Last 4 digits of account number   __8__ __4__ __1__ __6__           $821.00

When was the debt incurred?          __3/22/2023__

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **UnknownLoanType**

---

**4.14**  **Regional Management Corp**

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**979 Batesville Rd**

Number          Street

**Greer, SC 29651-6819**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   __6__ __6__ __6__ __1__           $8,878.00

When was the debt incurred?          __1/30/2024__

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   _____

Debtor 1    **Deborah**          **Ann**              **Castillo**
_____    _____    _____
First Name        Middle Name      Last Name

Case number *(if known)* __24-34088__

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

---

**4.15**  **Security Credit Services**
_____
Nonpriority Creditor's Name

**Attn: Bankruptcy**
_____

**PO Box 1156**
_____
Number        Street

**Oxford, MS 38655**
_____
City            State            ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **6    0    8    8**

When was the debt incurred?    __12/30/2022__

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **CollectionAttorney**

**Total claim**    **$593.00**

---

**4.16**  **Texas Dow Employees Credit Union**
_____
Nonpriority Creditor's Name

**Attn: Bankruptcy**
_____

**1001 FM 2004**
_____
Number        Street

**Lake Jackson, TX 77566**
_____
City            State            ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** Jorge Castillo's Debt

Last 4 digits of account number    **7    9    0    4**

When was the debt incurred?    __10/1/2021__

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Unsecured**

**$4,447.00**

---

| Debtor 1 | **Deborah** | **Ann** | **Castillo** | Case number *(if known)* | 24-34088 |
|----------|-------------|---------|--------------|---------|---------|
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

**4.17** **Velocity Investments, LLC**

Nonpriority Creditor's Name

**1800 Route 34N, Suite 305 Wall**

Number          Street

**Belmar, NJ 07719**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** Jorge Castillo's Debt

**Last 4 digits of account number** ___ ___ ___ ___          **$3,764.84**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

Debtor 1    **Deborah        Ann              Castillo**                          Case number *(if known)* **24-34088**

First Name      Middle Name     Last Name

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

---

1 | **US Small Business Administration**

Name

**409 3rd St Sw Fl 2**

Number        Street

**Washington, DC 20416-0011**

City                State       ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **2.1** of *(Check one):*  ☑ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

2 | **Comcast Cable Houston**

Name

**8590 W Tidwell Rd**

Number        Street

**Houston, TX 77040-5569**

City                State       ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.3** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

3 | **Comcast/Xfinity**

Name

**One Comcast Center**

**Attn: Bankruptcy**

Number        Street

**Philadelphia, PA 19103-0000**

City                State       ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.3** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

4 | **Velocity/Rausch Sturm LLP**

Name

**250 N Sunnyslope Rd, Suite 300**

Number        Street

**Brookfield, WI 53005-0000**

City                State       ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.17** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

5 | **Velocity/Finwise Bank**

Name

**820 E 9400 S**

Number        Street

**Sandy, UT 84094-3653**

City                State       ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.17** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

Debtor 1    **Deborah**        **Ann**          **Castillo**                    Case number *(if known)* __24-34088__
_____
            First Name      Middle Name      Last Name

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---------|--------------------------------------------------|

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.**
   **Add the amounts for each type of unsecured claim.**

| | | | | Total claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $33,156.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + | $0.00 |
| | 6e. | **Total.** Add lines 6a through 6d. | 6e. | $33,156.00 |

| | | | | Total claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | $32,285.84 |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. | $32,285.84 |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Deborah** | **Ann** | **Castillo** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Southern District of Texas** | |
| Case number (if known) | **24-34088** | | |

☐ Check if this is an amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases                    **12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.1** **The Moorings Apts. c/o Fogelman Properties**<br>Name<br>**The Moorings Apts., League City**<br>**6060 Poplar Ave Ste 200**<br>Number      Street<br>**Memphis, TN 38119-3959**<br>City                State      ZIP Code | **Residential Lease: 601 Enterprise Ave 913, League City, TX 77573**<br>**Contract to be ASSUMED** |
| **2.2**<br>Name<br>Number      Street<br>City                State      ZIP Code | |
| **2.3**<br>Name<br>Number      Street<br>City                State      ZIP Code | |
| **2.4**<br>Name<br>Number      Street<br>City                State      ZIP Code | |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Deborah** | **Ann** | **Castillo** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____ **Southern** _____ District of _____ **Texas** _____

Case number  **24-34088**
(if known)

☐ Check if this is an
amended filing

<u>Official Form 106H</u>

# Schedule H: Your Codebtors
12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1.** **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
☐ No
☑ Yes

**2.** **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No. Go to line 3.
☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

☐ No
☑ Yes. In which community state or territory did you live? _____ **Texas** _____. Fill in the name and current address of that person.

**Castillo, Jorge Montalvan**
Name of your spouse, former spouse, or legal equivalent

**601 Enterprise Ave 913**
Number          Street

**League City, TX 77573**
City          State          ZIP Code

**3.** **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F*, or *Schedule G* to fill out Column 2.**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |
| **3.1** **Castillo, Jorge Montalvan** | ☐ Schedule D, line _____ |
| Name | ☑ Schedule E/F, line |
| **601 Enterprise Ave 1012** | **2.1, 4.2, 4.4, 4.5, 4.6, 4.7, 4.8, 4.9, 4.11, 4.13, 4.14,** |
| Number          Street | **4.15, 4.16, 4.17** |
| **League City, TX 77573** | |
| City          State          ZIP Code | ☐ Schedule G, line _____ |
| **3.2** | ☐ Schedule D, line _____ |
| Name | ☐ Schedule E/F, line _____ |
| | |
| Number          Street | ☐ Schedule G, line _____ |
| City          State          ZIP Code | |

Fill in this information to identify your case:

| Debtor 1 | **Deborah** | **Ann** | **Castillo** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:     **Southern District of Texas**

Case number    **24-34088**
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition
chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form 106I

# Schedule I: Your Income

**12/15**

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Employment

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| **1.** | **Fill in your employment information.** | | |
| | Employment status | ☑ Employed  ☐ Not Employed | ☐ Employed  ☐ Not Employed |
| | Occupation | **Barista/Cashier** | |
| | Employer's name | **Bucee's Ltd** | |
| | Employer's address | **327 Fm 2004 Rd** | |
| | | Number Street | Number Street |
| | | **Lake Jackson, TX 77566-4980** | |
| | | City          State     Zip Code | City          State     Zip Code |
| | How long employed there? | _____ | |

If you have more than one job, attach a separate page with information about additional employers.

Include part time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

## Part 2:   Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions.) If not paid monthly, calculate what the monthly wage would be. | **$2,978.82** | **$0.00** |
| 3. | **Estimate and list monthly overtime pay.** | + **$0.00** | + **$0.00** |
| 4. | **Calculate gross income.** Add line 2 + line 3. | **$2,978.82** | **$0.00** |

Debtor 1    **Deborah**          **Ann**              **Castillo**                                    Case number (if known)  **24-34088**

<p style="margin-left:2em">First Name        Middle Name        Last Name</p>

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here............................................................→ | 4. | **$2,978.82** | **$0.00** |
| **5.** List all payroll deductions: | | | |
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | **$420.51** | **$0.00** |
| 5b. **Mandatory contributions for retirement plans** | 5b. | **$0.00** | **$0.00** |
| 5c. **Voluntary contributions for retirement plans** | 5c. | **$0.00** | **$0.00** |
| 5d. **Required repayments of retirement fund loans** | 5d. | **$0.00** | **$0.00** |
| 5e. **Insurance** | 5e. | **$0.00** | **$0.00** |
| 5f. **Domestic support obligations** | 5f. | **$0.00** | **$0.00** |
| 5g. **Union dues** | 5g. | **$0.00** | **$0.00** |
| 5h. **Other deductions.** Specify: _____ | 5h. + | **$0.00** | + **$0.00** |
| **6.** **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | **$420.51** | **$0.00** |
| **7.** **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | **$2,558.31** | **$0.00** |
| **8.** List all other income regularly received: | | | |
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | **$0.00** | **$0.00** |
| 8b. **Interest and dividends** | 8b. | **$0.00** | **$0.00** |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | **$0.00** | **$0.00** |
| 8d. **Unemployment compensation** | 8d. | **$0.00** | **$0.00** |
| 8e. **Social Security** | 8e. | **$0.00** | **$0.00** |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | **$0.00** | **$0.00** |
| 8g. **Pension or retirement income** | 8g. | **$0.00** | **$0.00** |
| 8h. **Other monthly income.** Specify: _____ | 8h. + | **$0.00** | + **$0.00** |
| **9.** **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | **$0.00** | **$0.00** |
| **10.** **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse | 10. | **$2,558.31** + | **$0.00** = **$2,558.31** |

**11.** State all other regular contributions to the expenses that you list in *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____                11. +                    **$0.00**

**12.** **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies                12. | **$2,558.31**

<p style="margin-left:auto">**Combined monthly income**</p>

**13.** Do you expect an increase or decrease within the year after you file this form?

☑ No.

☐ Yes. Explain: _____

| Fill in this information to identify your case: | |
|---|---|

| Debtor 1 | **Deborah**     **Ann**     **Castillo** |
|---|---|
| | First Name      Middle Name      Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | **Southern District of Texas** |
| Case number (if known) | **24-34088** |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.

   ☐ Yes. **Does Debtor 2 live in a separate household?**

       ☐ No

       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**     ☑ No

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ Yes. Fill out this information for each dependent...............

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | _____ | _____ | ☐ No.  ☐ Yes. |
   | _____ | _____ | ☐ No.  ☐ Yes. |
   | _____ | _____ | ☐ No.  ☐ Yes. |
   | _____ | _____ | ☐ No.  ☐ Yes. |
   | _____ | _____ | ☐ No.  ☐ Yes. |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No

   ☐ Yes

### Part 2:  Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  | | Your expenses |
|---|---|---|
| 4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | **$1,415.21** |
| If not included in line 4: | | |
| 4a. Real estate taxes | 4a. | **$0.00** |
| 4b. Property, homeowner's, or renter's insurance | 4b. | **$0.00** |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | **$0.00** |
| 4d. Homeowner's association or condominium dues | 4d. | **$0.00** |

| Debtor 1 | **Deborah** | **Ann** | **Castillo** | | Case number *(if known)* | **24-34088** |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

| | | **Your expenses** |
|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | **$0.00** |

6. **Utilities:**

| | | | |
|---|---|---|---|
| 6a. | Electricity, heat, natural gas | 6a. | **$175.00** |
| 6b. | Water, sewer, garbage collection | 6b. | **$0.00** |
| 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | **$109.00** |
| 6d. | Other. Specify: _____ | 6d. | **$0.00** |
| 7. | **Food and housekeeping supplies** | 7. | **$475.00** |
| 8. | **Childcare and children's education costs** | 8. | **$0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | **$150.00** |
| 10. | **Personal care products and services** | 10. | **$100.00** |
| 11. | **Medical and dental expenses** | 11. | **$230.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | **$395.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | **$50.00** |
| 14. | **Charitable contributions and religious donations** | 14. | **$0.00** |

15. **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

| | | | |
|---|---|---|---|
| 15a. | Life insurance | 15a. | **$0.00** |
| 15b. | Health insurance | 15b. | **$0.00** |
| 15c. | Vehicle insurance | 15c. | **$0.00** |
| 15d. | Other insurance. Specify: _____ | 15d. | **$0.00** |

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify: _____ | 16. | **$0.00**

17. **Installment or lease payments:**

| | | | |
|---|---|---|---|
| 17a. | Car payments for Vehicle 1 | 17a. | **$0.00** |
| 17b. | Car payments for Vehicle 2 | 17b. | **$0.00** |
| 17c. | Other. Specify: _____ | 17c. | **$0.00** |
| 17d. | Other. Specify: _____ | 17d. | **$0.00** |

| | | | |
|---|---|---|---|
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* (Official Form 106I). | 18. | **$0.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. | **$0.00** |

20. **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.*

| | | | |
|---|---|---|---|
| 20a. | Mortgages on other property | 20a. | **$0.00** |
| 20b. | Real estate taxes | 20b. | **$0.00** |
| 20c. | Property, homeowner's, or renter's insurance | 20c. | **$0.00** |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. | **$0.00** |
| 20e. | Homeowner's association or condominium dues | 20e. | **$0.00** |

| Debtor 1 | **Deborah** | **Ann** | **Castillo** | Case number *(if known)* **24-34088** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

21. **Other.** Specify: _____          21.    +    _____ **$0.00**

22. **Calculate your monthly expenses.**

    22a. Add lines 4 through 21.          22a.    _____ **$3,099.21**

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2          22b.    _____ **$0.00**

    22c. Add line 22a and 22b. The result is your monthly expenses.          22c.    _____ **$3,099.21**

23. **Calculate your monthly net income.**

    23a. Copy line 12 (your combined monthly income) from *Schedule I.*          23a.    _____ **$2,558.31**

    23b. Copy your monthly expenses from line 22c above.          23b.    −    _____ **$3,099.21**

    23c. Subtract your monthly expenses from your monthly income.
        The result is your *monthly net income.*          23c.    _____ **($540.90)**

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.     None
☐ Yes.

Debtor 1    **Deborah**          **Ann**             **Castillo**                                    Case number *(if known)* **24-34088**
_____    _____
            First Name          Middle Name         Last Name

| | Amount |
|---|---|
| **7. Food and housekeeping supplies** | |
| Food/Groceries | $400.00 |
| Work Meals | $75.00 |
| **11. Medical and dental expenses** | |
| Medical/Dental | $150.00 |
| Prescriptions/Medications | $80.00 |
| **12. Transportation: gas, maintenance, bus or train fare** | |
| Fuel for Jeep (approx. $80/wk.) | $345.00 |
| Auto Maintenance/Repairs, Registrations, Inspection | $50.00 |

**Fill in this information to identify your case:**

Debtor 1    **Deborah**      **Ann**      **Castillo**
First Name      Middle Name      Last Name

Debtor 2
(Spouse, if filing)
First Name      Middle Name      Last Name

United States Bankruptcy Court for the:      **Southern District of Texas**

Case number      **24-34088**
(if known)

☐ Check if this is an amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:  Summarize Your Assets

|  | **Your assets**<br>Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) |  |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*...................................................... | **$0.00** |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*........................................... | **$7,086.68** |
| 1c. Copy line 63, Total of all property on *Schedule A/B*..................................................... | **$7,086.68** |

### Part 2:  Summarize Your Liabilities

|  | **Your liabilities**<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) |  |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*....... | **$0.00** |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) |  |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.................................... | **$33,156.00** |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*................................ | **+ $32,285.84** |
| **Your total liabilities** | **$65,441.84** |

### Part 3:  Summarize Your Income and Expenses

|  |  |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) |  |
| Copy your combined monthly income from line 12 of *Schedule I*.......................................................... | **$2,558.31** |
| 5. *Schedule J: Your Expenses* (Official Form 106J) |  |
| Copy your monthly expenses from line 22c of *Schedule J*................................................................ | **$3,099.21** |

Debtor 1  **Deborah        Ann        Castillo**
_____        Case number *(if known)*  **24-34088**
First Name          Middle Name          Last Name

| Part 4: | Answer These Questions for Administrative and Statistical Records |
|---|---|

**6. Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

---

**7. What kind of debt do you have?**

☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

---

**8. From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$2,667.99

---

**9. Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:**

| | Total claim |
|---|---|
| From Part 4 on Schedule E/F, copy the following: | |
| 9a. Domestic support obligations (Copy line 6a.) | $0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $33,156.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $0.00 |
| 9d. Student loans. (Copy line 6f.) | $0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $0.00 |
| 9g. **Total**. Add lines 9a through 9f. | $33,156.00 |

Fill in this information to identify your case:

| | | |
|---|---|---|
| Debtor 1 | **Deborah**     **Ann**       **Castillo** | |
| | First Name      Middle Name      Last Name | |
| Debtor 2 (Spouse, if filing) | | |
| | First Name      Middle Name      Last Name | |
| United States Bankruptcy Court for the: | **Southern District of Texas** | |
| Case number (if known) | **24-34088** | |

☐ Check if this is an amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Deborah Ann Castillo**
Deborah Ann Castillo, Debtor 1

Date **09/05/2024**
    MM/ DD/ YYYY

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Deborah**　　　**Ann**　　　**Castillo** |
| | First Name　　　Middle Name　　　Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name　　　Middle Name　　　Last Name |
| United States Bankruptcy Court for the: | **Southern District of Texas** |
| Case number (if known) | **24-34088** |

☐ Check if this is an amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy

04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☑ Married

☐ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☐ No

☑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| **19100 Glenwest Dr** | From **03/2021** | | From _____ |
| Number　Street | To **06/2022** | Number　Street | To _____ |
| **Friendswood, TX 77546** | | | |
| City　　　State　ZIP Code | | City　　　State　ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| **601 Enterprise Ave Apt 611** | From **07/2022** | | From _____ |
| Number　Street | To **10/2023** | Number　Street | To _____ |
| **League City, TX 77573-2914** | | | |
| City　　　State　ZIP Code | | City　　　State　ZIP Code | |

Debtor 1    **Deborah**     **Ann**      **Castillo**        Case number *(if known)* **24-34088**

First Name      Middle Name      Last Name

| | | |
|---|---|---|
| | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| **651 Roper St**    From **11/2008** | | From _____ |
| Number   Street     To **08/2017** | Number   Street | To _____ |
| **Houston, TX 77034-1320** | | |
| City    State  ZIP Code | City    State  ZIP Code | |

| | | |
|---|---|---|
| | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| **11666 Gulf Pointe Dr Apt 1103**    From **2017** | | From _____ |
| Number   Street     To **2021** | Number   Street | To _____ |
| **Houston, TX 77089-2595** | | |
| City    State  ZIP Code | City    State  ZIP Code | |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No

☑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2:** Explain the Sources of Your Income

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No

☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross Income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross Income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips | **$19,055.34** | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For last calendar year:** (January 1 to December 31, **2023** ) YYYY | ☑ Wages, commissions, bonuses, tips | **$32,805.93** | ☑ Wages, commissions, bonuses, tips | **$63,362.46** |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For the calendar year before that:** (January 1 to December 31, **2022** ) YYYY | ☑ Wages, commissions, bonuses, tips | **$29,892.00** | ☑ Wages, commissions, bonuses, tips | **$57,090.00** |
| | ☑ Operating a business | **$4,999.00** | ☐ Operating a business | |

| Debtor 1 | Deborah | Ann | Castillo | Case number *(if known)* __24-34088__ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**5. Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

☐ No

☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross Income from each source**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | | | | |
| **For last calendar year:**<br>(January 1 to December 31, __2023__)<br>　　　　　　　　　　　YYYY | | | 2023: Debtor and her non-filing spouse, Jorge Castillo, separated in 10/2023 | |
| **For the calendar year before that:**<br>(January 1 to December 31, __2022__)<br>　　　　　　　　　　　YYYY | 2022: Income on Tax Return as Barista: $4,999 less expenses: $25,774 \| Net Loss: $20,775 (see Stmt. Fin. Aff. #4 above) | | 2022: Early Withdrawal from Retirement | $2,549.00 |

---

**Part 3:** List Certain Payments You Made Before You Filed for Bankruptcy

---

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

　　During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

　　☐ No. Go to line 7.

　　☐ Yes.　List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

　　* Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

☑ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

　　During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

　　☐ No. Go to line 7.

　　☑ Yes.　List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

Debtor 1    **Deborah**          **Ann**                **Castillo**                           Case number *(if known)* **24-34088**
            First Name       Middle Name          Last Name

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|---|---|---|---|---|
| **The Moorings Apts. c/o Fogelman Properties** <br> Creditor's Name | **7/2024** | **$4,245.63** | **$0.00** | ☐ Mortgage |
| | **6/2024** | | | ☐ Car |
| | | | | ☐ Credit card |
| Number    Street | **5/2024** | | | ☐ Loan repayment |
| | | | | ☐ Suppliers or vendors |
| City          State    ZIP Code | | | | ☑ Other **Residential Lease** |

---

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No

☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| Insider's Name | | | | |
| Number    Street | | | | |
| City          State    ZIP Code | | | | |

---

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☐ No

☑ Yes. List all payments that benefited an insider.

Debtor 1     **Deborah**          **Ann**                **Castillo**                                    Case number *(if known)* **24-34088**

First Name          Middle Name          Last Name

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| **Mario Castenada, Joint Debtor's brother (shared funeral expenses for Joint Debtor's mother)**<br>Insider's Name<br><br>Number    Street<br><br>**Houston, TX**<br>City          State     ZIP Code | **4/2024** | **$1,000.00** | **$0.00** | **Deborah Castillo assisted Joint Debtor's brother, Mario Castenada, with Mrs. Castillo's mother's funeral expenses. Joint debtor's mother passed away on April 18, 2024. Deborah paid $1,000 in funeral expenses. Debtor estimates that her non-filing spouse (separated), Jorge Castillo, paid approximately $2,000 in funeral expenses. Part of those expenses included $200 for the rosary service at Sacred Heart, Houston, TX. The total expenses were $15,000 (the balance was paid by Deborah Castillo's brother).** |

## Part 4:  Identify Legal Actions, Repossessions, and Foreclosures

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☑ No

☐ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title _____<br><br>_____<br><br>Case number _____ | | Court Name _____<br><br>Number     Street _____<br><br>City          State     ZIP Code | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No. Go to line 11.

☐ Yes. Fill in the information below.

Debtor 1    **Deborah**            **Ann**              **Castillo**                        Case number *(if known)* **24-34088**
            First Name          Middle Name         Last Name

| Describe the property | | Date | Value of the property |
|---|---|---|---|
| | | | |

_____
Creditor's Name

_____

_____
Number    Street

| Explain what happened | |
|---|---|

☐ Property was repossessed.

_____
☐ Property was foreclosed.

_____
☐ Property was garnished.

City            State    ZIP Code
☐ Property was attached, seized, or levied.

---

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No

☐ Yes. Fill in the details.

| Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|
| | | |

_____
Creditor's Name

_____

_____
Number    Street

_____
City            State    ZIP Code    Last 4 digits of account number: XXXX– __ __ __

---

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No

☐ Yes

---

**Part 5:  List Certain Gifts and Contributions**

---

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No

☐ Yes. Fill in the details for each gift.

Debtor 1  **Deborah**          **Ann**              **Castillo**                    Case number *(if known)* **24-34088**
           First Name          Middle Name          Last Name

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| | | | |
| Person to Whom You Gave the Gift | | | |
| | | | |
| Number     Street | | | |
| | | | |
| City                    State     ZIP Code | | | |
| Person's relationship to you _____ | | | |

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No

☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| | | | |
| Charity's Name | | | |
| | | | |
| Number     Street | | | |
| | | | |
| City                 State     ZIP Code | | | |

---

**Part 6:**  List Certain Losses

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No

☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| | | | |

| Debtor 1 | **Deborah** | **Ann** | **Castillo** | Case number *(if known)* **24-34088** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

<div style="background:black;color:white">**Part 7:** List Certain Payments or Transfers</div>

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No

☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Resolve Law Group** | **Filing Fee; Credit Report** | | |
| Person Who Was Paid | | **4/10/2024** | **$338.00** |
| **801 Travis St Ste 2101** | | **4/10/2024** | **$25.00** |
| Number      Street | | | |
| **Houston, TX 77002-5730** | | | |
| City                State    ZIP Code | | | |
| | | | |
| Email or website address | | | |
| | | | |
| Person Who Made the Payment, if Not You | | | |

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Debt Education and Certification Foundation** | **Credit Counseling Course** | | |
| Person Who Was Paid | | **02/22/2024** | **$25.00** |
| **14 Goliad St** | | | |
| Number      Street | | | |
| **Fort Worth, TX 76126** | | | |
| City                State    ZIP Code | | | |
| | | | |
| Email or website address | | | |
| | | | |
| Person Who Made the Payment, if Not You | | | |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No

☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | |
| Number      Street | | | |
| City                State    ZIP Code | | | |

Debtor 1    **Deborah**          **Ann**              **Castillo**                          Case number *(if known)* **24-34088**

First Name         Middle Name          Last Name

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☑ No

☐ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Person Who Received Transfer | | | |
| Number    Street | | | |
| City              State     ZIP Code | | | |
| Person's relationship to you _____ | | | |

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**
(These are often called *asset-protection devices*.)

☑ No

☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____ | | |
| _____ | | |

---

| **Part 8:** | List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |
|---|---|

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No

☐ Yes. Fill in the details.

Debtor 1  **Deborah** **Ann** **Castillo**

First Name   Middle Name   Last Name   Case number *(if known)* **24-34088**

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Name of Financial Institution** | **XXXX–** ____ ____ ____ ____ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other _____ | _____ | _____ |

**Number    Street**

**City            State    ZIP Code**

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No

☐ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Name of Financial Institution** | **Name** | | ☐ No ☐ Yes |
| **Number    Street** | **Number    Street** | | |
| **City            State    ZIP Code** | **City            State    ZIP Code** | | |

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☐ No

☑ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Storage** <br> **Name of Storage Facility** | **Name** | **Non-filing spouse Jorge Castillo's Storage Lease Contents of Storage Unit: Queen Bed with Headboard ($250), Nightstand ($50), Misc. Household Goods, Pictures, Furnishings, and Personal Items ($500), Tools of the Trade (Carpentry Tools $250, Power Tools $750)--most items were stored after debtors home in Houston was destroyed during Hurricane Harvey** | ☑ No ☐ Yes |
| **Number    Street** | **Number    Street** | | |
| **Houston, TX** <br> **City            State    ZIP Code** | **City            State    ZIP Code** | | |

| Debtor 1 | **Deborah** | **Ann** | **Castillo** | | Case number *(if known)* **24-34088** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 9: Identify Property You Hold or Control for Someone Else

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No

☐ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| _____ Owner's Name | _____ Number   Street | | _____ |
| _____ Number   Street | _____ City          State   ZIP Code | | |
| _____ City       State   ZIP Code | | | |

## Part 10: Give Details About Environmental Information

**For the purpose of Part 10, the following definitions apply:**

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| _____ Name of site | _____ Governmental unit | | _____ |
| _____ Number   Street | _____ Number   Street | | |
| _____ City       State   ZIP Code | _____ City          State   ZIP Code | | |

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Fill in the details.

Debtor 1    **Deborah**          **Ann**          **Castillo**                                    Case number *(if known)* __24-34088__

First Name          Middle Name          Last Name

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|

Name of site                    Governmental unit

Number    Street                Number    Street

                              City          State    ZIP Code

City          State    ZIP Code

---

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No

☐ Yes. Fill in the details.

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|

Case title _____                                            ☐ Pending

                        Court Name                                ☐ On appeal

_____                                                      ☐ Concluded

                        Number    Street

Case number

                        City          State    ZIP Code

---

| **Part 11:** | Give Details About Your Business or Connections to Any Business |
|---|---|

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☑ No. None of the above applies. Go to Part 12.

☐ Yes. Check all that apply above and fill in the details below for each business.

| | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|

Name                                                           EIN: __ __ – __ __ __ __ __ __ __

Number    Street            | Name of accountant or bookkeeper | Dates business existed |

                                                               From _____ To _____

City          State    ZIP Code

---

Debtor 1    **Deborah**          **Ann**                **Castillo**                              Case number *(if known)*  **24-34088**
       First Name          Middle Name            Last Name

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No

☐ Yes. Fill in the details below.

| | Date issued |
|---|---|
| _____ | _____ |
| **Name** | **MM / DD / YYYY** |
| _____ | |
| **Number    Street** | |
| _____ | |
| _____ | |
| **City            State    ZIP Code** | |

---

**Part 12:**  Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**X**  **/s/ Deborah Ann Castillo**
    Signature of Deborah Ann Castillo, Debtor 1

Date  **09/05/2024**

**Did you attach additional pages to your *Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No

☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____    Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Fill in this information to identify your case:

| Debtor 1 | **Deborah** | **Ann** | **Castillo** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Southern District of Texas**

Case number **24-34088**
(if known)

☐ Check if this is an amended filing

## Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7    **12/15**

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

| **Part 1:** | List Your Creditors Who Have Secured Claims |
|---|---|

1. **For any creditors that you listed in Part 1 of** *Schedule D: Creditors Who Have Claims Secured by Property* **(Official Form 106D), fill in the information below.**

| **Identify the creditor and the property that is collateral** | **What do you intend to do with the property that secures a debt?** | **Did you claim the property as exempt on Schedule C?** |
|---|---|---|

Debtor 1   **Deborah**          **Ann**              **Castillo**                              Case number *(if known)* **24-34088**
            First Name            Middle Name          Last Name

---

**Part 2:** List Your Unexpired Personal Property Leases

---

**For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: _____ <br><br> Description of leased property: | ☐ No <br><br> ☐ Yes |
| Lessor's name: _____ <br><br> Description of leased property: | ☐ No <br><br> ☐ Yes |
| Lessor's name: _____ <br><br> Description of leased property: | ☐ No <br><br> ☐ Yes |
| Lessor's name: _____ <br><br> Description of leased property: | ☐ No <br><br> ☐ Yes |
| Lessor's name: _____ <br><br> Description of leased property: | ☐ No <br><br> ☐ Yes |
| Lessor's name: _____ <br><br> Description of leased property: | ☐ No <br><br> ☐ Yes |
| Lessor's name: _____ <br><br> Description of leased property: | ☐ No <br><br> ☐ Yes |

---

**Part 3:** Sign Below

---

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**


**X** **/s/ Deborah Ann Castillo** _____
   Signature of Debtor 1


Date **09/05/2024** _____
   MM/  DD/  YYYY

---

| Fill in this information to identify your case: | Check one box only as directed in this form and in Form 122A-1Supp: |
|---|---|

**Debtor 1** Deborah Ann Castillo
First Name  Middle Name  Last Name

**Debtor 2**
(Spouse, if filing)
First Name  Middle Name  Last Name

United States Bankruptcy Court for the: **Southern District of Texas**

Case number **24-34088**
(if known)

☑ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

# Official Form 122A-1

## Chapter 7 Statement of Your Current Monthly Income

12/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

### Part 1: Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☑ **Married and your spouse is NOT filing with you.** You and your spouse are:

   ☐ **Living in the same household and are not legally separated.** Fill out both Column A and B, lines 2-11.

   ☑ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $2,667.99 | |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $0.00 | |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $0.00 | |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | | Debtor 2 | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | | $0.00 | | | |
| Ordinary and necessary operating expenses | - | $0.00 | - | | |
| Net monthly income from a business, profession, or farm | | $0.00 | | Copy here → | $0.00 |

6. **Net income from rental and other real property**

| | Debtor 1 | | Debtor 2 | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | | $0.00 | | | |
| Ordinary and necessary operating expenses | - | $0.00 | - | | |
| Net monthly income from rental or other real property | | $0.00 | | Copy here → | $0.00 |

| 7. | **Interest, dividends, and royalties** | $0.00 | |
|---|---|---|---|

Debtor 1   **Deborah        Ann        Castillo**          Case number *(if known)* 24-34088

First Name        Middle Name        Last Name

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 8. **Unemployment compensation** | $0.00 | |

Do not enter the amount if you contend that the amount received was a benefit under

the Social Security Act. Instead, list it here: ...................................... ↓

For you.................................................................... **$0.00**

For your spouse.....................................................

| | | |
|---|---|---|
| 9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title. | $0.00 | |
| 10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below. | | |

Total amounts from separate pages, if any.         +_____   +_____

| | | |
|---|---|---|
| 11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B. | **$2,667.99** + _____ = | **$2,667.99**<br>**Total current monthly income** |

---

**Part 2:** Determine Whether the Means Test Applies to You

---

12. **Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11....................................................... **Copy line 11 here →**   **$2,667.99**

Multiply by 12 (the number of months in a year).                                               **x 12**

12b. The result is your annual income for this part of the form.                    12b.   **$32,015.88**

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.          Texas

Fill in the number of people in your household.          1

Fill in the median family income for your state and size of household..................................................... 13.   **$61,460.00**
To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

14a. ☑ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
Go to Part 3. Do NOT fill out or file Official Form 122A-2.

14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
Go to Part 3 and fill out Form 122A–2.

Debtor 1   **Deborah**          **Ann**              **Castillo**                                    Case number *(if known)* **24-34088**
          First Name        Middle Name        Last Name

---

| **Part 3:** | Sign Below |

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

**X**  **/s/ Deborah Ann Castillo**
Signature of Debtor 1

Date **09/05/2024**
     MM/  DD/  YYYY

If you checked line 14a, do NOT fill out or file Form 122A–2.

If you checked line 14b, fill out Form 122A–2 and file it with this form.